DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
ALEXANDER C. JONES #213898
Assistant Attorney General
COBY HOWELL #253434
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
        Alex.Jones@doj.oregon.gov
        Coby.Howell@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, ONLINE LENDERS ALLIANCE and AMERICAN FINANCIAL SERVICES ASSOCIATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>SEAN O'DAY, In his official capacity as Director of Oregon Department of Consumer and Business Services,<br><br>       Defendant. | Case No.  6:26-cv-01201-AA<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

Page 1 -    NOTICE OF SUBSTITUTION OF COUNSEL
       S6M/pat/1026427433

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Sean O'Day hereby gives notice that Alexander C. Jones, Assistant Attorney General, and Coby Howell, Senior Assistant Attorney General, are now counsel of record in this proceeding in place of Shaunee Morgan, Assistant Attorney General.

The address for the receipt of all correspondence and pleadings remains the same.

DATED July 29, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

_s/ Shaunee Morgan_
SHAUNEE MORGAN #194256
ALEXANDER C. JONES #213898
Assistant Attorneys General
COBY HOWELL #253434
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Shaunee.Morgan@doj.oregon.gov
Alex.Jones@doj.oregon.gov
Coby.Howell@doj.oregon.gov
Of Attorneys for Defendant

Page 2 -    NOTICE OF SUBSTITUTION OF COUNSEL
S6M/pat/1026427433

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000