DAN RAYFIELD
Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
COBY HOWELL #253434
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: alex.jones@doj.oregon.gov
Coby.Howell@doj.oregon.gov

Attorneys for Defendant Sean O'Day

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF INDUSTRIAL BANKERS, ONLINE LENDERS ALLIANCE and AMERICAN FINANCIAL SERVICES ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>SEAN O'DAY, In his official capacity as Director of Oregon Department of Consumer and Business Services,<br><br>Defendant. | Case No. 6:26-cv-01201-AA<br><br>STIPULATED PROPOSED ORDER VACATING DEADLINES |

The Parties, by and through their counsel, hereby stipulate and move to vacate the deadlines set by the Discovery and Pretrial Scheduling Order (ECF No. 6 at 3–4), for the following reasons:

1. Plaintiffs filed a Complaint for Declaratory and Injunctive Relief on June 15, 2026. ECF No. 1.

2. On June 16, 2026, the Court issued a Discovery and Pretrial Scheduling Order, setting discovery and pretrial deadlines unless otherwise ordered by the Court. ECF No. 6.

3. Defendant filed an Answer to Plaintiffs' Complaint on August 6, 2026. ECF No. 34.

4. Plaintiffs filed a Motion for Preliminary Injunction on July 9, 2026. ECF No. 15. Defendant filed an Opposition to Plaintiffs' Motion for Preliminary Injunction on August 11, 2026. ECF No. 35. Plaintiffs filed a Reply Memorandum in Support of Motion for Preliminary Injunction on September 8, 2026. ECF 42.

5. The Court has not scheduled oral argument or issued a ruling on Plaintiffs' Motion for Preliminary Injunction.

6. The Court's ruling on Plaintiffs' Motion for Preliminary Injunction will affect how the Parties intend to proceed with the litigation.

7. Under the current case schedule, the parties must file all pretrial, discovery, and dispositive motions, and complete all discovery, by October 14, 2026, and the Parties must file a Joint ADR Report and a Proposed Pretrial Order by November 13, 2026.

8. Accordingly, the Parties request that the Court vacate the deadlines set by the Discovery and Pretrial Scheduling Order until after the Court issues a ruling on Plaintiffs' Motion for Preliminary Injunction.

9. Within seven days after the Court issues a ruling on Plaintiffs' Motion for Preliminary Injunction, the Parties will propose new dates for the vacated deadlines.

10. The Parties further request that the Court schedule oral argument on Plaintiffs' Motion for Preliminary Injunction on a date and time convenient to the Court, other than October 9–23, 2026, when Plaintiffs' counsel who will be handling the argument will be out of the country



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

on vacation, and other than December 2–8, 2026, when Defendant's counsel will be out of the country on vacation.

The parties jointly request the Court enter an order approving this stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October ___, 2026.

________________________________

Hon. Ann L. Aiken
Senior United States District Judge



Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

STIPULATED AND APPROVED FOR ENTRY BY:

DAN RAYFIELD
Attorney General

*s/ Alexander C. Jones*___________
ALEXANDER C. JONES #213898
Assistant Attorneys General
COBY HOWELL #253434
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Alex.Jones@doj.oregon.gov
Coby.Howell@doj.oregon.gov
Of Attorneys for Defendant Sean O'Day

BALLARD SPAHR LLP

*s/ Burt M. Rublin*___________________
Pilar C. French, OSB No. 962880
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200
Burt M. Rublin, Admitted Pro Hac Vice
Alan S. Kaplinsky, Admitted Pro Hac Vice
Facundo Bouzat, Admitted Pro Hac Vice
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

Attorneys for Plaintiffs National Association of Industrial Bankers, Online Lenders Alliance, and American Financial Services Association